AO 442 (Rev. 11/11) Arrest Warrant

AGENCY: FBI

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:19-CR-151  SEALED |
| CHARLES WALLACE [aka "Tank"] | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHARLES WALLACE ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A));
- Conspiracy to commit money laundering (18 U.S.C. § 1956(h)).18 U.S.C. § 1956(a)(1)(A)(i);

Date: 1/17/2020

*Issuing officer's signature*

City and state: Greeneville, Tennessee

U.S. Magistrate Judge Cynthia Richardson Wyrick
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

fio # 11061587            2074-0117-0779-J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 2:19-CR-00151 |
| vs. | ) ) ) | |
| CHARLES WALLACE, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is the Government's Motion to Amend Indictment [Doc. 115]. In its motion, the Government seeks to correct a scrivener's error as to the name of defendant Charles Wallace, also known as "Tank." The Indictment [Doc. 3] incorrectly lists the defendant as Charles Franklin Wallace, III, also known as "Tank"; however, the Indictment should list the defendant as Charles Wallace, also known as "Tank."

The Government's Motion states Charles Wallace, also known as "Tank" has had extensive interactions with law enforcement and his identity is not the subject of any legitimate dispute. The Government anticipates that Mr. Wallace will voluntarily surrender himself to law enforcement. As the Court is satisfied that the request is solely to correct what is in fact a scrivener's error in the Indictment, the Motion is **GRANTED**.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

FILED

1 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 2:19-CR-151 |
| CHARLES FRANKLIN WALLACE III ) | JUDGE Corker |
| also known as "Tank" ) | |
| KANITHA NOELLE COX ) | |
| MITCH LOUIS BUTLER ) | TO BE SEALED |
| WILLIAM STEVEN MOORE ) | |
| KOURTNIE SHAYE GILREATH ) | |
| WILLIAM BENJAMIN STOKES ) | |
| STEPHANIE MICHELLE BAILEY ) | |
| BOBBY LEE BARKER ) | |
| CODY ALAN BRIDGEWATER ) | |
| WILLIAM ASHLEY DAVIS ) | |
| GREGORY WAYNE LEAKE ) | |
| JAMES HUGH POWELL ) | |
| JAMES LOYDE TRENT ) | |
| JENNIFER DANAH HELTON ) | |
| JOHNNY SHANE BROWN ) | |

## ORDER

Upon motion of the plaintiff, the United States of America, and for good cause shown,

IT IS HEREBY ORDERED that all documents in this case, including the Motion to Seal, are sealed until such time as the defendants have made an initial appearance before the court, at which time the file may be unsealed unless the court otherwise orders. This sealing order does not prevent disclosure of the indictment to duly authorized law enforcement officers or the United States Marshals for purposes of arrest or apprehension of the named defendants.

_____
U.S. MAGISTRATE JUDGE
Dist. J

Presented for Entry:

    J. DOUGLAS OVERBEY
    United States Attorney

By: *s/ J. Christian Lampe*
    J. CHRISTIAN LAMPE
    Assistant United States Attorney
    CO Bar No.: 34361
    220 W. Depot Street, Suite 423
    Greeneville, Tennessee 37743
    christian.lampe@usdoj.gov
    (423) 639-6759

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

FILED
SEP 10 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) |
| | ) |
| CHARLES FRANKLIN WALLACE III<br>also known as "Tank"<br>KANITHA NOELLE COX<br>MITCH LOUIS BUTLER<br>WILLIAM STEVEN MOORE<br>KOURTNIE SHAYE GILREATH<br>WILLIAM BENJAMIN STOKES<br>STEPHANIE MICHELLE BAILEY<br>BOBBY LEE BARKER<br>CODY ALAN BRIDGEWATER<br>WILLIAM ASHLEY DAVIS<br>GREGORY WAYNE LEAKE<br>JAMES HUGH POWELL<br>JAMES LOYDE TRENT<br>JENNIFER DANAH HELTON<br>JOHNNY SHANE BROWN | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 2:19-CR- 151<br>JUDGE Corker |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that beginning in or about the month of July, 2017, and continuing to on or about September 10, 2019, within the Eastern District of Tennessee and elsewhere, the defendants, CHARLES FRANKLIN WALLACE III also known as "Tank," KANITHA NOELLE COX, MITCH LOUIS BUTLER, WILLIAM STEVEN MOORE, KOURTNIE SHAYE GILREATH, WILLIAM BENJAMIN STOKES, STEPHANIE MICHELLE BAILEY, BOBBY LEE BARKER, CODY ALAN BRIDGEWATER, WILLIAM ASHLEY DAVIS, GREGORY WAYNE LEAKE, JAMES HUGH POWELL, JAMES LOYDE TRENT, JENNIFER DANAH HELTON, JOHNNY SHANE BROWN, and Jeremy Wayne Mowell (named but not charged in

1

this indictment), and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with each other and with diverse other persons to commit the following offenses against the United States of America: Distribution of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 846, 841(b)(1)(A)]

## COUNT TWO

The Grand Jury further charges that beginning in or about the month of July, 2017, and continuing to on or about September 10, 2019, within the Eastern District of Tennessee, and elsewhere, the defendants, CHARLES FRANKLIN WALLACE III also known as "Tank," KANITHA NOELLE COX, and STEPHANIE MICHELLE BAILEY, and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority, combine, conspire, confederate and agree with each other to commit the following offenses against the United States of America: knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, to conduct and attempt to conduct such financial transactions with intent to promote the carrying on of a specified unlawful activity, that is, the distribution of methamphetamine, a Schedule II controlled substance, in violation of Title 18 U.S.C. § 1956(a)(1)(A)(i).

[18 U.S.C. § 1956(h)]

### COUNT THREE

The Grand Jury further charges that on or about July 25, 2017, within the Eastern District of Tennessee, the defendant, BOBBY LEE BARKER, did knowingly, intentionally and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

### COUNT FOUR

The Grand Jury further charges that on or about October 23, 2017, within the Eastern District of Tennessee, the defendant, BOBBY LEE BARKER, did knowingly, intentionally and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

### COUNT FIVE

The Grand Jury further charges that on or about July 5, 2018, within the Eastern District of Tennessee, the defendant, WILLIAM STEVEN MOORE, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

### COUNT SIX

The Grand Jury further charges that on or about September 11, 2018, within the Eastern District of Tennessee, the defendant, MITCH LOUIS BUTLER, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

### COUNT SEVEN

The Grand Jury further charges that on or about September 18, 2018, within the Eastern District of Tennessee, the defendant, MITCH LOUIS BUTLER, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

### COUNT EIGHT

The Grand Jury further charges that on or about November 5, 2018, within the Eastern District of Tennessee, the defendant, GREGORY WAYNE LEAKE, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

### COUNT NINE

The Grand Jury further charges that on or about November 15, 2018, within the Eastern District of Tennessee, the defendant, GREGORY WAYNE LEAKE, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

### COUNT TEN

The Grand Jury further charges that on or about November 27, 2018, within the Eastern District of Tennessee, the defendant, JENNIFER DANAH HELTON, did knowingly, intentionally

and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

### COUNT ELEVEN

The Grand Jury further charges that on or about December 3, 2018, within the Eastern District of Tennessee, the defendant, JENNIFER DANAH HELTON, did knowingly, intentionally and without authority distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

### COUNT TWELVE

The Grand Jury further charges that on or about December 15, 2018, within the Eastern District of Tennessee, the defendant, WILLIAM BENJAMIN STOKES, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

### COUNT THIRTEEN

The Grand Jury further charges that on or about December 15, 2018, within the Eastern District of Tennessee, the defendant, WILLIAM BENJAMIN STOKES, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

### COUNT FOURTEEN

The Grand Jury further charges that on or about December 15, 2018, within the Eastern District of Tennessee, the defendant, WILLIAM BENJAMIN STOKES, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Thirteen, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.
[18 U.S.C. § 924(c)(1)(A)]

### COUNT FIFTEEN

The Grand Jury further charges that on or about December 26, 2018, within the Eastern District of Tennessee, the defendant, JAMES LOYDE TRENT, did knowingly, intentionally and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.
[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

### COUNT SIXTEEN

The Grand Jury further charges that on or about January 7, 2019, within the Eastern District of Tennessee, the defendant, BOBBY LEE BARKER, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count One, in violation of Title 21, United States Code, Section 841(a)(1), which is hereby incorporated by reference.
[18 U.S.C. § 924(c)(1)(A)]

### COUNT SEVENTEEN

The Grand Jury further charges that on or about January 7, 2019, within the Eastern District of Tennessee, the defendant, BOBBY LEE BARKER, knowing that he was then an unlawful user and addict of a controlled substance as defined in 21 United States Code, Section 802, did knowingly possess, in and affecting interstate commerce, firearms, namely, a Kel-Tec 9mm pistol

and a Davis Industries .22 Magnum pistol, said firearms having been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(3)]

### COUNT EIGHTEEN

The Grand Jury further charges that on or about January 9, 2019, within the Eastern District of Tennessee, the defendants, KANITHA NOELLE COX, and GREGORY WAYNE LEAKE, aided and abetted by each other, did knowingly, intentionally and without authority possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

### COUNT NINETEEN

The Grand Jury further charges that on or about January 10, 2019, within the Eastern District of Tennessee, the defendant, CODY ALAN BRIDGEWATER, did knowingly, intentionally and without authority possess with the intent to distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

### COUNT TWENTY

The Grand Jury further charges that on or about March 4, 2019, within the Eastern District of Tennessee, the defendants, KOURTNIE SHAYE GILREATH, and WILLIAM ASHLEY DAVIS, aided and abetted by each other, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

### COUNT TWENTY-ONE

The Grand Jury further charges that on or about March 13, 2019, within the Eastern District of Tennessee, the defendant, JAMES LOYDE TRENT and another, aided and abetted by each other, did knowingly, intentionally and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.
[21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2]

### COUNT TWENTY-TWO

The Grand Jury further charges that on or about March 18, 2019, within the Eastern District of Tennessee, the defendant, JAMES LOYDE TRENT and another, aided and abetted by each other, did knowingly, intentionally and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.
[21 U.S.C. §§ 841(a)(1), (b)(1)(C)] and 18 U.S.C. § 2]

### COUNT TWENTY-THREE

The Grand Jury further charges that on or about April 16, 2019, within the Eastern District of Tennessee, the defendants, JAMES HUGH POWELL, JOHNNY SHANE BROWN, and another, aided and abetted by each other, did knowingly, intentionally and without authority possess with the intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 18 U.S.C. § 2 and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT TWENTY-FOUR

The Grand Jury further charges that on or about May 1, 2019, within the Eastern District of Tennessee, the defendant, JAMES LOYDE TRENT and another, aided and abetted by each other, did knowingly, intentionally and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance. [21 U.S.C. §§ 841(a)(1); (b)(1)(C)] and 18 U.S.C. § 2]

TRUE BILL:



FOREPERSON

J. DOUGLAS OVERBEY
United States Attorney

By: /s/ Christian Lampe
CHRISTIAN LAMPE
Assistant U.S. Attorney
CO Bar No.: 34361
220 W. Depot Street, Suite 423
Greeneville, Tennessee 37743
(423) 639-6759