# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:20-mj-00031 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| CHARLES WALLACE, | : | |
| Defendant. | : | |

## REMOVAL ORDER

This case came to be heard pursuant to Fed. R. Crim. P. 5(c)(3). Defendant herein was arrested in this District on a warrant issued upon an Indictment in the United States District Court, Eastern District of Tennessee, in Case No. 2:19-CR-151. Defendant appeared in open Court on January 17, 2020, and after being advised of his rights, waived his right to an identity hearing. The Court finds the waiver to be knowing, intelligent and voluntary.

**IT IS ORDERED THAT THE DEFENDANT APPEAR** in the United States District Court for the Eastern District of Tennessee, where the charges are pending against him, for any other proceedings, as ordered by that court.

**IT IS FURTHER ORDERED** that bond is continued as set by separate Order Setting Conditions of Release.

January 17, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge